USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
SEGUNDO SERAFIN AUCACAMA TAMAY,
CARLOS PERALTA, and EDUARDO TAPIA,

                    Plaintiffs,

-against-

CHEZ JACQUELINE REST. INC. d/b/a CHEZ
JACQUELINE, SYSTEM D RESTAURANT
HOLDINGS INC. d/b/a CHEZ JACQUELINE,
FRANK GIRALDI, PHILIP KEMPSITY, and
IVICA PERUNOVIC,

                     Defendants.
------------------------------------------------------------- X

17-CV-1470 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 2, 2018, the parties appeared for a pretrial conference with this Court;

      IT IS HEREBY ORDERED THAT:

      1.     For the reasons stated on the record on March 2, 2018, Defendant Perunovic's motion to dismiss (Dkt. 74) is DENIED.  The stay on fact discovery is LIFTED.

      2.     The deadline for fact discovery is extended to **May 2, 2018**.  In light of the numerous previous extensions of the fact discovery deadline, further extensions will not be granted.

      3.     The parties must appear for a pretrial conference on **May 4, 2018 at 10:00 a.m.**, Courtroom 443, Thurgood Marshall U.S. Courthouse.  No later than **April 26, 2018**, the parties must submit a joint letter regarding the status of the case.

      4.     No later than **March 9, 2018**, Defendant Perunovic must file a letter by ECF stating whether he consents to the Court-annexed Mediation program.

5.     The Clerk is respectfully directed to close the open motion at Dkt. 74. The Clerk is also asked to mail a copy of this order to Defendant Philip Kempsity and to note mailing on the docket.

**SO ORDERED.**

**Date:  March 5, 2018**                                                   _____
         **New York, New York**                                          **VALERIE CAPRONI**
                                                                                              **United States District Judge**